UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                  Case No. 8:13-cr-232-T-30AEP

SAMUEL WAHBA

**PRELIMINARY ORDER OF FORFEITURE FOR SUBSTITUTE ASSET**

The United States moves pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(e)(1)(B), for a preliminary order of forfeiture (Doc. 46) for the following substitute asset, in partial satisfaction of the defendant's forfeiture money judgment:

    a.    The real properties located at **31201 North US Highway 19, Unit 2, Palm Harbor, FL 34684** and **31201 North US Highway 19, Unit 3, Palm Harbor, FL 34684**, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

        Unit 2, Kings Plaza Condominium, according to the Declaration of Condominium thereof, as recorded in Official Records Book 19258, Page 2127, of the Public Records of Pinellas County, Florida, and all amendments thereto, together with an undivided interest in the common elements appurtenant thereto. Being a portion of that Parcel described as follows:

        A Parcel of land lying in the Northeast ¼ of Section 18, Township 28 South, Range 16 East, Pinellas County, Florida, being more particularly described as follows:

>Commence at the Northwest corner of said Northeast ¼ of Section 18, and thence run South 89 Degrees 54 Minutes 12 Seconds East for 594.80 feet, along the North boundary of the said Northeast ¼ of Section 18, thence South 00 Degrees 33 Minutes 43 Seconds East for a distance of 144.87 feet, to the point of beginning.  Thence continue South 00 Degrees 33 Minutes 43 Seconds East for a distance of 203.71 feet, thence run North 56 Degrees 12 Minutes 14 Seconds, a distance of 149.36 feet, to a point of curvature of a curve concave to the Southwest with a radius of 170.00 feet, a central angle of 35 Degrees 36 Minutes 59 Seconds, an arc distance of 105.68 feet, a chord distance of 103.98 feet, and a chord bearing of North 74 Degrees 00 Minutes 43 Seconds West, thence run South 88 Degrees 10 Minutes 47 Seconds West, a distance of 48.79 feet, thence run North 01 Degrees 49 Minutes 13 Seconds West a distance of 6.37 feet, thence run South 88 Degrees 09 Minutes 27 Seconds West a distance of 217.39 feet, to the East Right-of-Way of U.S. Highway 19, thence run North 01 Degrees 49 Minutes 14 Seconds West along said Right-of-Way, a distance of 89.44 feet, thence run North 89 Degrees 26 Minutes 24 Seconds East, a distance of 491.41 feet, back to the point of beginning.
>
>Together with Cross-Easement attached dated December 19, 1990 and recorded in Official Records Book 7455, Page 1687, of the Public Records of Pinellas County, Florida.
>
>Parcel Identification Numbers:  18-28-16-46793-000-0020 and 18-28-16-46793-000-0030.

On October 31, 2013, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(7), and 28 U.S.C. § 2461(c), the Court entered a Forfeiture Money

Judgment against the defendant's in the amount of $5,281,931.00 and a Preliminary Order of Forfeiture. Doc. 25.

The United States is entitled to forfeit the substitute asset identified above, in partial satisfaction of the defendant's Forfeiture Money Judgment.

Accordingly, it is ORDERED that the motion (Doc. 46) of the United States is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(e)(1)(B), the real property described above is FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c), in partial satisfaction of the defendant's forfeiture money judgment.

Assuming no third party files a successful claim to the real property, the net proceeds from the sale of the forfeited real property will be credited towards satisfaction of the defendant's forfeiture money judgment.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any other substitute

asset forfeited to the United States up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this 5th day of January, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record