UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                Case No. 8:13-cr-232-T-30AEP

SAMUEL WAHBA

### ORDER PARTIALLY VACATING PRELIMINARY ORDER OF FORFEITURE FOR SUBSTITUTE ASSET

THIS CAUSE comes before the Court upon the filing of the United States' Motion (Doc. 52) to Partially Vacate the Preliminary Order (Doc. 48) of Forfeiture for Substitute Asset, entered by the Court on January 5, 2017, as it relates to Unit 3 located at 31201 North US Highway 19, Palm Harbor, FL 34684 (the Unit).

Being fully advised of the relevant facts, it is hereby:

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion (Doc. 52) of the United States is hereby GRANTED.

It is FURTHER ORDERED that the Preliminary Order of Forfeiture (Doc. 48) be partially vacated solely as to the Unit identified above.

In all other respects the Preliminary Order of Forfeiture for Substitute Asset remains in full force and effect.

DONE and ORDERED in Tampa, Florida, this 6th day of April, 2017.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record